**Order filed June 16, 2022.**



In The

# Fourteenth Court of Appeals

### NO. 14-20-00414-CV

**SAN JACINTO RIVER AUTHORITY, Appellant**

**V.**

**EDGAR GONZALEZ, ET AL., Appellees**

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 1137397**

## O R D E R

Our review has determined that two relevant items have been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain (1) Exhibit C-6 to "Defendant San Jacinto River Authority's Plea to the Jurisdiction," filed in the trial court on April 15, 2020; or (2) "Plaintiffs' Request to Rule on Objections," and the proposed order granting same, filed in the trial court on May 8, 2020. *See* Tex. R. App. P. 34.5(a)(1). In its plea to the jurisdiction, the San Jacinto River Authority describes Exhibit C-6 to its plea to the jurisdiction as

"Hydraulic modeling animations (in flash drive to be delivered to the Court by hand delivery)" and indicates that this exhibit was "Provided on Flash Drive." Clerk's Record at 47, 403.

The Harris County Clerk is directed to file a supplemental clerk's record on or before **June 24, 2022**, containing (1) the flash drive that is Exhibit C-6 to "Defendant San Jacinto River Authority's Plea to the Jurisdiction," filed in the trial court on April 15, 2020; (2) "Plaintiffs' Request to Rule on Objections," and the proposed order granting same, filed in the trial court on May 8, 2020; and (3) any order signed by the trial court in which the trial court ruled on "Plaintiffs' Request to Rule on Objections."

If any of these items is not part of the case file, the district clerk is directed to file a supplemental clerk's record that includes a certified statement that the omitted item is not a part of the case file.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Zimmerer and Wilson.